In the Matter of the Care and Treatment of James K. **FENNEWALD**, a/k/a James Kevin Fennewald, a/k/a James Fennewald, a/k/a Jim Fennewald, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 71536.

Missouri Court of Appeals, Western District.

April 29, 2011.

Emmett D. Queener, Columbia, MO, for appellant.

James R. Layton, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, JAMES E. WELSH and GARY D. WITT, Judges.

### ORDER

PER CURIAM.

James Fennewald appeals a judgment committing him to the custody of the Department of Mental Health as a sexually violent predator. Appellant contends the circuit court abused its discretion in allowing the jury to view photographs that were unduly prejudicial. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).